UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MANUEL GARCIA DE PAULA and TAIMIR FLORES ARMAS,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Defendant.<br>_____/ | Case No.<br><br>(Circ. Court Case No. 2019-036929-CA-01) |

## **NOTICE OF REMOVAL**

Defendant, SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1446, 1441(b), and 1332, files this Notice of Removal, and, in support hereof, states as follows:

1. Plaintiffs, MANUEL GARCIA DE PAULA and TAIMIR FLORES ARMAS (hereinafter, "PLAINTIFFS") commenced this action on December 23, 2019 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida; the Circuit Court action was assigned Case Number 2019-036929-CA-01. A copy of the Summons, Complaint, and such other papers or exhibits as are required by the Local Rules of Court.

2. The Notice of Service of Process reflects service of process in the State Court action upon SCOTTSDALE on date January 8, 2020.

3. 28 U.S.C. § 1332 provides, in relevant part, as follows:

   (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between---

1

(1) citizens of different States;....

4. By way of their Complaint, PLAINTIFFS allege that, "[t]his is an action for damages more than Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs, and attorney's fees." *See* Complaint, at ¶ 1.

5. PLAINTIFFS, through their representative and/or public adjuster, and in support of their insurance claim to SCOTTSDALE which underlies the instant lawsuit, submitted an estimate for repair and/or replacement of damaged property to SCOTTSDALE totaling $67,771.33. A copy of the estimate is attached hereto at Exhibit "A." It is reasonable and expected that PLAINTIFFS' attorney's fees, costs and interest, all of which PLAINTIFFS, per their Complaint, are seeking to recover in this case, totals more than $7,228.67. Therefore, and in accordance with 28 U.S.C. § 1446(c)(2)(A)(ii), SCOTTSDALE asserts that the amount in controversy in this case is, in fact, in excess of $75,000.00, and the amount-in-controversy requirement of 28 U.S.C. § 1332 is satisfied.

6. PLAINTIFFS, at Paragraph 3 of their Complaint, identify their residence as Miami-Dade County, Florida.

7. SCOTTSDALE is a corporation duly organized and existing under the laws of the State of Ohio, with its principal place of business in the State of Ohio. Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business...."

8. PLAINTIFFS are citizens of Florida, and the sole Defendant to this action, SCOTTSDALE, is a citizen of Ohio; there is complete diversity of citizenship in this case.[1]

9. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

10. The within Notice of Removal is being filed within thirty (30) days of the purported service of process upon SCOTTSDALE, and is, therefore, timely under 28 U.S.C. § 1446.

11. Removal to the Miami Division of the United States District Court for the Southern District of Florida is proper, under 28 U.S.C. § 1441(a), as the State Court action was initiated by PLAINTIFFS in Miami-Dade County, Florida, which is located within this District/Division.

12. Undersigned counsel for SCOTTSDALE certifies that she will file a copy of this Notice of Removal with the Clerk of Court for Miami-Dade County, Florida, and will give notice of same to Scott Klotzman, Esq., and Marlene M. Sato, Esq., of Law Offices of Scott Klotzman, P.A., Attorneys for PLAINTIFFS.

**WHEREFORE**, SCOTTSDALE prays for removal of this cause of action to the United States District Court for the Southern District of Florida (Miami Division), and for a stay of all proceedings in the State Circuit Court action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of February, 2020, (a) a true and correct copy of the foregoing, with Exhibits, has been submitted to the Clerk of Court for the Southern District of Florida, (b) a true and correct copy of the foregoing, with Exhibits, has been electronically filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, through Florida's E-Portal, which will generate a notice of filing to PLAINTIFFS' Scott Klotzman, Esq. and Marlene Sato, Esq., Law Offices of Scott Klotzman,

---

[1] PLAINTIFFS in this case are seeking insurance benefits provided by virtue of Property Damage Coverage under a policy of insurance issued by SCOTTSDALE to PLAINTIFFS; PLAINTIFFS are not seeking insurance benefits provided by virtue of any Liability Coverage. 28 U.S.C. § 1332(c)(1)(A) does not apply to defeat diversity in this case.

P.A., 2001 Tyler Street, Suite 5, Hollywood, FL 33020, and, (c) a true and correct copy of the foregoing, with Exhibits, has been served upon counsel for PLAINTIFFS *via* electronic mail to eservice@scottklotzman.com.

        Respectfully submitted,

*/s/ Julia G. Young*
Julia G. Young, Esquire
Florida Bar No. 94334
Andrew P. Rock, Esquire
Florida Bar No. 813052
The Rock Law Group, P.A.
1760 Fennell Street
Maitland, FL 32751
Telephone: (407) 647-9881
Telecopier: (407) 647-9966
arock@rocklawpa.com
jyoung@rocklawpa.com
rdejesus@rocklawpa.com
pleadings@rocklawpa.com

*Attorneys for Scottsdale.*

JGY/rdd